

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| THE VELVET SNOUT, LLC, | | |
| | § | |
| Appellant, | | No. 08-12-00202-CV |
| | § | |
| v. | | Appeal from |
| | § | |
| VERNON E. SHARP, JR., | | 160th District Court |
| INDIVIDUALLY AND D/B/A | § | |
| SHARP FLOORS, AND JAMES SHARP, | | of Dallas County, Texas |
| INDIVIDUALLY AND D/B/A | § | |
| SHARP FLOORS, | | (TC # 11-00828) |
| | § | |
| Appellee. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF FEBRUARY, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.